

# Fourth Court of Appeals
## San Antonio, Texas

July 23, 2025

No. 04-25-00448-CV

**IN RE** Timothy E. **DAMRON**

Original Proceeding[1]

**ORDER**

Sitting:    Irene Rios, Justice
           Lori Massey Brissette, Justice
           Velia J. Meza, Justice

Relator filed a petition for writ of mandamus, motion to stay proceedings, and motion to disqualify substitute counsel on July 11, 2025. After considering the petition and the record, this court concludes that relator has failed to demonstrate that he is entitled to the relief sought. Accordingly, the petition for writ of mandamus is **DENIED**. *See* TEX. R. APP. P. 52.8(a). Relator's motion to disqualify substitute counsel is **DENIED**. *Id.* Relator's motion for temporary relief is **DENIED AS MOOT**. *Id.*

It is so **ORDERED** on July 23, 2025.

_____
Lori Massey Brissette, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of July, 2025.

_____
Caitlin A. McCamish, Clerk of Court

---

[1]This proceeding arises out of Cause No. 2024-CI-10943, styled *In the matter of the marriage of Timothy Emmett Damron and Jessica Kathleen Damron and in the interest of L.A.D.*, pending in the 150th Judicial District Court, Bexar County, Texas, the Honorable Monique Diaz presiding.